In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00049-CV


______________________________




BRENDA LACY WALSH, Appellant



V.



JAMES PRICE, Appellee




 


On Appeal from the County Court at Law


Smith County, Texas


Trial Court No. 50,411




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Brenda Lacy Walsh, appellant, has filed with this Court a motion to dismiss the pending
appeal in this matter. Walsh represents to this Court that the parties have reached a full and final
settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal
is moot.

 We grant the motion and dismiss this appeal.



 Josh R. Morriss, III

 Chief Justice


Date Submitted: July 17, 2007

Date Decided: July 18, 2007




ption Locked="false" Priority="9" QFormat="true" Name="heading 6"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00078-CV

                                                ______________________________

 

 

                                           KRISTI
PIERCE, Appellant

 

                                                                V.

 

                                PELTIER CHEVROLET, INC., Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the County
Court at Law No. 3

                                                             Smith County, Texas

                                                          Trial Court
No. 57,714-B

 

                                                           
                                       

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                      MEMORANDUM OPINION

 

            Kristi
Pierce, the sole appellant in this case, has filed a motion seeking to dismiss
her appeal.[1]  Pursuant to Rule 42.1 of the Texas Rules of
Appellate Procedure, her motion is granted. 
Tex. R. App. P. 42.1.

            We
dismiss the appeal.

 

 

 

 

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date Submitted:          August
10, 2010         

Date Decided:             August
11, 2010

 

 

 

 

 











[1]Originally
appealed to the Twelfth Court of Appeals, this case was transferred to this
Court by the Texas Supreme Court pursuant to its docket equalization
efforts.  See Tex. Govt Code Ann.
§ 73.001 (Vernon 2005).